FAEGRE DRINKER BIDDLE & REATH LLP
Andrew S. Ayala (SBN 332261)
andrew.ayala@faegredrinker.com
Joel M. Hammerman (*pro hac vice forthcoming*)
joel.hammerman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:   +1 310 203 4000
Facsimile:    +1 310 229 1285

JOHN S. GHOSE (GA Bar No. 446568)
(*pro hac application forthcoming*)
jghose@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC
3414 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Telephone: (404) 436-6785

Attorneys for Petitioner
CACTIL, LLC d/b/a MYCHARGEBACK.COM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACTIL, LLC d/b/a MYCHARGEBACK.COM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. '24CV1270 WQHMMP<br><br>**PETITION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)** |

1   PLEASE TAKE NOTICE that Petitioner Cactil, LLC d/b/a
2   MyChargeBack.com ("Cactil") hereby respectfully petitions the Court pursuant to
3   Federal Rule of Criminal Procedure 41(g) for the return of its property, namely the
4   MyChargeBack.com website domain that was seized by or at the direction of the
5   Federal Bureau of Investigation on or about June 25, 2024. In support of its petition,
6   Cactil submits the contemporaneously filed memorandum in support of this petition.

Dated:  July 22, 2024            Respectfully submitted,

/s/ *ANDREW S. AYALA*
ANDREW S. AYALA (332261)
JOEL M. HAMMERMAN
(IL Bar No. 6243071)
*(Pro Hac Application Forthcoming)*
**FAEGRE DRINKER BIDDLE & REATH, LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067
Telephone: (310) 500-2166
Facsimile: (310) 229-1285
andrew.ayala@faegredrinker.com
joel.hammerman@faegredrinker.com

**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC**
JOHN GHOSE, (GA Bar No. 446568)
*(Pro Hac Application Forthcoming)*
3414 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Telephone: 404.436.6785
jghose@bakerdonelson.com

KSENIYA 'NICOLE' KUPROVSKA
(D.C. Bar No. 90024021)
*(Pro Hac Application Forthcoming)*
901 K Street, NW, Suite 900
Washington, DC 20001
Telephone: 202.508.3481
nkuprovska@bakerdonelson.com

*Attorneys for Petitioner*
CACTIL, LLC d/b/a
MYCHARGEBACK.COM

DMS_US.365232505.2