FAEGRE DRINKER BIDDLE & REATH LLP
Andrew S. Ayala (SBN 332261)
andrew.ayala@faegredrinker.com
Joel M. Hammerman (*pro hac vice forthcoming*)
joel.hammerman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:   +1 310 203 4000
Facsimile:     +1 310 229 1285

JOHN S. GHOSE (GA Bar No. 446568)
(*pro hac application forthcoming*)
jghose@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
3414 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Telephone: (404) 436-6785

Attorneys for Petitioner
CACTIL, LLC d/b/a MYCHARGEBACK.COM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACTIL, LLC d/b/a MYCHARGEBACK.COM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. **'24CV1270 WQHMMP**<br><br>**MEMORANDUM IN SUPPORT OF: (1) PETITION FOR RETURN OF PROPERTY PURSUANT FEDERAL RULE OF CRIMINAL PROCEDURE 41(G); (2) MOTION TO UNSEAL THE APPLICATION OFFERED IN SUPPORT OF A SEIZURE WARRANT; AND (3) PETITION FOR AN EXPEDITED HEARING**<br><br>Date:<br>Time:<br>Dept:<br>Judge:<br><br>**TO BE SUBMITTED UNDER SEAL** |

**EXHIBIT A**

**TO MEMORANDUM IN SUPPORT OF (1) PETITION FOR RETURN OF PROPERTY PURSUANT FEDERAL RULE OF CRIMINAL PROCEDURE 41(G); (2) MOTION TO UNSEAL THE APPLICATION OFFERED IN SUPPORT OF A SEIZURE WARRANT; AND (3) PETITION FOR AN EXPEDITED HEARING**

**TO BE SUBMITTED UNDER SEAL**

# EXHIBIT B

## TO MEMORANDUM IN SUPPORT OF (1) PETITION FOR RETURN OF PROPERTY PURSUANT FEDERAL RULE OF CRIMINAL PROCEDURE 41(G); (2) MOTION TO UNSEAL THE APPLICATION OFFERED IN SUPPORT OF A SEIZURE WARRANT; AND (3) PETITION FOR AN EXPEDITED HEARING

**TO BE SUBMITTED UNDER SEAL**

Dated: July 23, 2024

Respectfully submitted,

*/s/ ANDREW S. AYALA*
ANDREW S. AYALA (332261)
JOEL M. HAMMERMAN
(IL Bar No. 6243071)
*(Pro Hac Application Forthcoming)*
**FAEGRE DRINKER BIDDLE & REATH, LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067
Telephone: (310) 500-2166
Facsimile: (310) 229-1285
andrew.ayala@faegredrinker.com
joel.hammerman@faegredrinker.com

**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC**
JOHN GHOSE, (GA Bar No. 446568)
*(Pro Hac Application Forthcoming)*
3414 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Telephone: 404.436.6785
jghose@bakerdonelson.com

KSENIYA 'NICOLE' KUPROVSKA
(D.C. Bar No. 90024021)
*(Pro Hac Application Forthcoming)*
901 K Street, NW, Suite 900
Washington, DC 20001
Telephone: 202.508.3481
nkuprovska@bakerdonelson.com

*Attorneys for Petitioner*
CACTIL, LLC d/b/a
MYCHARGEBACK.COM

DMS_US.365277827.1